**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

BUNOR CRAWFORD, et al.,

    Plaintiffs,

vs.                                                Case No. 3:14-cv-213-J-39JBT

CLUB AT CHARTER POINT APARTMENTS,
SAN MIGUEL MANAGEMENT LIMITED
PARTNERSHIP,

    Defendants.

## ORDER

**THIS CAUSE** is before the Court on the Report and Recommendation (Doc. 16; Report), entered by the Honorable Joel B. Toomey, United States Magistrate Judge, on June 4, 2014. In the Report, Magistrate Judge Toomey recommends that Defendant San Miguel Management Limited Partnership's Motion to Dismiss (Doc. 4; San Miguel's Motion) be granted, to the extent stated therein, and that Plaintiffs' Complaint (Doc. 2), be dismissed without prejudice. Report at 13. He further recommends that Plaintiffs be given twenty (20) days from the date of this Order to file a proper amended complaint. Id. Plaintiffs have filed no objection to the Report, and the time to do so has passed.[1] Accordingly, the matter is ripe for review.

The Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of fact are filed, the district court is not required to conduct de novo

---

[1] Rule 6.02(a), Local Rules, United States District Court, Middle District of Florida (Local Rule(s)) directs that any objections to a report and recommendation should be filed within fourteen days after service of the report and recommendation.

review of those findings.  See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1).  However, the district court must review legal conclusions de novo.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at *1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge.  Accordingly, it is hereby

**ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 16) is **ADOPTED** as the opinion of this Court.

2. Defendant San Miguel Management Limited Partnership's Motion to Dismiss (Doc. 4) is **GRANTED**.

3. Plaintiffs' Complaint is **DISMISSED WITHOUT PREJUDICE**.

4. Plaintiffs shall file an amended complaint on or before **August 4, 2014**.

**DONE AND ORDERED** in Jacksonville, Florida, this 11th day of July, 2014.

BRIAN J. DAVIS
United States District Judge

jl

Copies furnished to:

Honorable Joel B. Toomey
United States Magistrate Judge

Counsel of Record
Unrepresented Parties